**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re Investment Technology Group, Inc. Securities Litigation

No. 15 Civ. 6369 (JFK)

Consolidated

**CLASS ACTION**

------------------------------------------------------------ x

**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION**
**FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES,**
**AND REIMBURSEMENT OF LEAD PLAINTIFF'S EXPENSES**

PLEASE TAKE NOTICE that on February 21, 2019, at 11:00 a.m. at the United States District Court for the Southern District of New York, 500 Pearl St, Courtroom 20C, New York, NY 10007, Lead Counsel, Motley Rice LLC ("Lead Counsel"), will respectfully move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for orders: (a) awarding attorneys' fees; (b) paying litigation expenses incurred by Lead Counsel; and (c) reimbursing Lead Plaintiff[1] for reasonable costs and expenses, including lost wages, directly relating to the representation of the Class, pursuant to the PSLRA.  Pursuant to the Amended Stipulation, Defendants do not intend to take a position on this motion.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Lead Counsel submits and is filing herewith:  Lead Counsel's Memorandum of Law in Support of Motion for Attorneys' Fees and Payment of Litigation Expenses, dated January 17, 2019; and the Declaration of Lance V. Oliver in Support of (i) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation and (ii) Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement of Lead Plaintiff's Expenses, dated January 17, 2019, with annexed exhibits.

Respectfully submitted,

DATED:  January 17, 2019                     Respectfully submitted,

                                             **MOTLEY RICE LLC**

                                              *s/ Gregg S. Levin*
                                             Gregg S. Levin (admitted *pro hac vice*)
                                             Lance V. Oliver (admitted *pro hac vice*)
                                             28 Bridgeside Boulevard
                                             Mt. Pleasant, SC  29464
                                             Telephone:  (843) 216-9000

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Amended Stipulation and Agreement of Settlement dated October 26, 2018 ("Amended Stipulation").  *See* ECF No. 109.

        Facsimile: (843) 216-9450
        Emails:  glevin@motleyrice.com
             loliver@motleyrice.com

        William H. Narwold
        One Corporate Center
        20 Church Street, 17th Floor
        Hartford, CT  06103
        Telephone: (860) 882-1681
        Facsimile: (860) 882-1682
        Email:   bnarwold@motleyrice.com

        *Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I authorized the electronic filing of Lead Counsel's Notice of Motion and Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement of Lead Plaintiff's Expenses with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.  I also hereby certify I did cause same to be served by email and U.S. mail upon the following:

> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> John F. Baughman
> Kristina Bunting
> 1285 Avenue of the Americas
> New York, NY  10019
> Email:   jbaughman@paulweiss.com
>               kbunting@paulweiss.com
>
> *Attorneys for Defendant Robert C. Gasser*
>
> **WACHTELL, LIPTON, ROSEN & KATZ**
> Warren R. Stern
> Charles P. Griffin
> 51 West 52nd Street
> New York, NY  10019
> Emails   wrstern@wlrk.com
>                cpgriffin@wlrk.com
>
> *Attorneys for Defendant Investment Technology Group, Inc.*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2019.

                                                 *s/ Gregg S. Levin*
                                                 Gregg S. Levin (admitted *pro hac vice*)